DENTONS

**Hailey Kaye**

hailey.kaye@dentons.com
D +1 212-398-5822

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

September 29, 2026

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Hedges v. IM8 (US) LLC,* Case No. 1:26-cv-04897-RA

Dear Judge Ronnie Abrams,

We represent Defendant IM8 (US) LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45) days, from September 29, 2026, to November 13, 2026.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Hailey Kaye*
Hailey Kaye

cc: All counsel of record (by ECF)

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
September 30, 2026